IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KEVA LOUIS PAYNE                                                                                    PLAINTIFF

v.                                                         CIVIL ACTION NO. 1:15-cv-00183-GHD-SAA

COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [9] of the United States Magistrate Judge dated February 8, 2016 was on that date duly served upon Plaintiff's counsel and counsel of record for Defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [9] of the United States Magistrate Judge dated February 8, 2016 is hereby approved and adopted as the opinion of the Court; and

2) The case is DISMISSED WITH PREJUDICE.

It is SO ORDERED, this, the _7__ day of March, 2016.

_____
SENIOR U.S. DISTRICT JUDGE